# MATTHEW J. KLUGER

ATTORNEY AT LAW

858 CONCOURSE VILLAGE WEST
BRONX, NY 10451
(718) 293-4900
FAX: (718) 618-0140
klugerlaw@aol.com

October 19, 2014

Honorable Shira A. Scheindlin
Senior United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/14

    Re:    **United States v. Jose Aviles**
            **13 Cr. 242 (SAS)**

Dear Judge Scheindlin:

    On June 24, 2014, defendant Jose Aviles appeared before the Honorable Michael H. Dolinger and pled guilty to a lesser included offense of Count 1 of the above-captioned indictment charging him with conspiring to distribute heroin in violation of 21 U.S.C. 841(b)(1)(C). He is scheduled to appear before your Honor to be sentenced on October 20, 2014 at 4:30. I write now to respectfully request that Mr. Aviles's sentencing be adjourned to November 10, 2014 at 4:30. Counsel understands that this time and date is convenient for both the Court as well as the Government.

    Defense counsel has been actively engaged on trial in Bronx County before the Honorable Michael A. Gross (People v. Jose Ramos, Indictment 3297/2011, See http://www.nytimes.com/2014/10/09/nyregion/ticket-fixing-scandal-unearthed-during-inquiry-of-bronx-police-officer-.html?_r=0 ) since early September and has not had the time to review the PSR with Mr. Aviles nor complete the defense sentencing submission. It is for this reason that the above adjournment is requested.

    I have spoken with A.U.S.A. Jared Lenow who consents to this adjournment for the reason stated herein.

    Thank you for the Court's consideration.

Respectfully,

Matthew J. Kluger

cc:   AUSA Jared Lenow

*[Handwritten annotation: Granted. Sentence adjourned to November 10 at 4:30. So Ordered. 10/20/14]*